IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 JUL 18  AM 10: 45
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC § <br> AND INTELLECTUAL § <br> VENTURES II LLC, § <br>              PLAINTIFFS, § <br> § <br> V.                                § <br> § <br> ALTERA CORPORATION, § <br> MICROSEMI CORPORATION, § <br> LATTICE SEMICONDUCTOR § <br> CORPORATION, AND XILINX, INC., § <br>              DEFENDANTS.    § | CIVIL NO. A-13-CV-465-LY <br><br> UNDERLYING PROCEEDING <br> CIVIL NO. 10-CV-001065-LPS <br> UNITED STATES DISTRICT COURT <br> FOR THE DISTRICT OF DELAWARE |

### ORDER CLOSING CASE

Before the court is the above styled and numbered cause. By an Order signed July 8, 2013, the United States Magistrate Judge denied Paul R. Reidy's Opposed Motion For Protective Order To Quash or Modify XILINX Inc.'s Third Party Deposition Subpoena to Paul Reidy in Related Case (Clerk's Document No. 9). As nothing remains in this action the court renders the following final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all costs are assessed against Third Party Paul F. Reidy.

**IT IS FURTHER ORDERED** that this action is hereby **CLOSED**.

SIGNED this _18th_ day of July, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE